## United States Bankruptcy Court
## Southern District Of Iowa

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 13-03252-lmj |
| Pamela A. Miksell | ) | |
| | ) | **Notice of Objection to the sale of** |
| | ) | **Property** (filed on July 9, 2015) |
| | ) | July 17, 2015 |

The undersigned William D. Spears, pro se, herein files this objection to the sale of Property under Federal Rules of Bankruptcy Procedure, Rules 6004(b) and 9014. The reason for the objection is:

The sale price as listed on the Notice of Intent to Sell is less than the $8200.00 cash offer the undersigned is willing to pay for the payment stream. This offer is to be paid to the Trustee upon approval by the Court not later than 7 business days thereafter. With the sale, Mid America shall receive notice all future payments are to be delivered to William D. Spears or his assign.

Wherefore Premises Considered, William D. Spears, prays that the Court enter an order denying the Trustees motion to sell the Property to James R. Cook and ordering the higher amount to be the successful bid amount with Transfer of the Property to William D. Spears or his assigns.

Respectfully submitted

William D. Spears, Pro Se
5712 Valley Oak
El Paso, Texas 79932
Telephone: 915-252-0232
Fax 915-532-4932
Email w_spears@msn.com

RCIASB 07/21/15 13:51

## Parties

**Dallas J Janssen**
700 Second Ave.
Ste. 103
Des Moines, IA 50309
(515) 274-9161
(515) 274-1364 (fax)
trusteejanssen@dwx.com
Added: 12/02/2013
(Trustee)

**Pamela A Miksell**                                  **John P Roehrick**
716 16th St                                           3737 Westown Pkwy, Ste 2D
Apt. 5                                                West Des Moines, IA 50266
Des Moines, IA 50314        represented by            (515) 243-1403
SSN / ITIN: xxx-xx-2095                               (515) 327-1250 (fax)
Added: 11/30/2013                                     roehrickjd@aol.com
(Debtor)                                              Assigned: 11/30/13

**United States Trustee**
Federal Bldg, Room 793
210 Walnut Street
Des Moines, IA 50309
(515) 284-4982
USTPRegion12.DM.ECF@usdoj.gov
Added: 11/30/2013
(U.S. Trustee)

*[Handwritten: I certify all parties have been served via mail] [signature]*

William and Lourdes Spears
5712 Valley Oak Dr
El Paso, TX 79932

EL PASO TX 799
17 JUL 2015 PM 1 T

U.S. Bankruptcy Court
300 U.S. Courthouse Annex
c/o East Court Ave Ste 300
Des Moines IA 50309

Attn: Clerk